IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST NATIONAL BANK OF GEORGIA,<br><br>      Plaintiff,<br><br>v.<br><br>HOWARD B. LIPHAM, III, RANDALL F. EAVES, MARY M. COVINGTON, GRADY W. COLE, RICHARD A. DUNCAN, W. THOMAS GREEN, JR., LEMUEL G. JOYNER, R. DAVID PERRY, THOMAS T. RICHARDS, J. THOMAS VANCE AND CHARLES M. WILLIS, SR.,<br><br>      Defendants. | CIVIL ACTION FILE NO.<br><br>3:13-cv-00014-TCB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, the Federal Deposit Insurance Corporation as Receiver for First National Bank of Georgia, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby files this Stipulation of Dismissal with Prejudice as to all claims. This Stipulation of Dismissal with Prejudice is signed by all parties. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted this 20th day of February, 2015.

SCHULTEN WARD & TURNER, LLP

s/ *David L. Turner*
David L. Turner
Georgia Bar No. 004530
Abby C. Grozine
Georgia Bar No. 542723
260 Peachtree Street, N.W.
Suite 2700
Atlanta, Georgia 3030
Tel: 404-688-6800
Fax: 404-688-6840
*Attorneys for Plaintiff Federal Deposit Corporation as Receiver for First National Bank of Georgia*

ALSTON & BIRD LLP

s/ *Mary C. Gill*
Mary C. Gill
Georgia Bar No. 294776
Melissa J. Gworek
Georgia Bar No. 521576
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309
Telephone: (404) 881-7276
Fax: (404) 881-7777
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the below date I electronically filed the Dismissal With Prejudice with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This 20th day of February, 2015.

                                            *s/ David L. Turner*
                                            David L. Turner
                                            Georgia Bar No. 004530